# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MATTHEW WILLIAMS,                                                                          PLAINTIFF
# 202400847

v.                                  3:24CV00077-DPM-JTK

DOE                                                                                                DEFENDANT

## **ORDER**

Matthew Williams ("Plaintiff") filed a Motion for Extension of Time in which to submit a Motion for Leave to Proceed In Forma Pauperis.  (Doc. No. 3).  Plaintiff's Motion (Doc. No. 3) is GRANTED.  Accordingly, Plaintiff must submit either the $405 statutory filing fee or an In Forma Pauperis Motion within thirty days of the entry date of this Order.[1]

The Clerk of the Court is directed to send to Plaintiff an In Forma Pauperis Motion, together with the filing fee calculation sheet.

IT IS SO ORDERED this 31st day of May, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Plaintiff is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states, in part: "If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."