IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MATTHEW WILLIAMS,                                                                                      PLAINTIFF
# 202400847

v.                                            3:24CV00077-DPM-JTK

DOES                                                                                                              DEFENDANT

## ORDER

Matthew Williams ("Plaintiff") filed a pro se Amended Complaint pursuant to 42 U.S.C. § 1983 against unnamed officers of the Garland, Texas, Police Department and an unnamed Insurance Agent employed by Progressive Insurance in Garland, Texas.     (Doc. No. 5).

Because of the Defendants named and allegations made, the Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Norther District of Texas.   See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Northern District of Texas after delay of a reasonable time.   In re Nine Mile Ltd., 673 F.2d 242, 243 (8th Cir. 1982).

IT IS SO ORDERED this 9th day of July, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."   Id.